IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

PORT OF PORTLAND )
and AUTO WAREHOUSING CO., )
a Washington corporation, )
)
        Plaintiffs, )  TC-MD 140363D
)
    v. )
)
MULTNOMAH COUNTY ASSESSOR, )
)
       Defendant. )  **FINAL DECISION OF DISMISSAL**

This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal entered November 24, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Plaintiffs' Unopposed Motion to Dismiss Complaint filed November 17, 2014 (Motion). Defendant has not appeared and filed an Answer in this matter. Plaintiffs' Motion states that "[c]ounsel for Plaintiffs has conferred with counsel for Defendant, and Defendant does not oppose this Motion." Having considered Plaintiffs' Motion, the court finds that it should be granted. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiffs' Complaint is dismissed.

Dated this ___ day of December 2014.

                                         _____
                                         JILL A. TANNER
                                         PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR. Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on December 11, 2014. The court filed and entered this document on December 11, 2014.*